CMC

FILED
CLERK, U.S. DISTRICT COURT
6/15/18
CENTRAL DISTRICT OF CALIFORNIA
BY: CS DEPUTY

LAMAAS EL
FULL NAME

COMMITTED NAME (if different)

C.M.C. EAST / P.O. BOX 8101
FULL ADDRESS INCLUDING NAME OF INSTITUTION
D-7244 / SAN LUIS OBISPO, CA. 93409

BE4873
PRISON NUMBER (if applicable)

Received 6-14-18 (Date)
Scanned at CMC and E-mailed on 6-14-18 (Date) by [initials] (Initials)
Number of pages scanned: 21

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| LAMAAS EL, PLAINTIFF, v. CUSTODY ASSISTANT SOTO, DEFENDANT(S). | CASE NUMBER CV18-5397-ODW(JC) *To be supplied by the Clerk* CIVIL RIGHTS COMPLAINT PURSUANT TO *(Check one)* ☐ 42 U.S.C. § 1983 ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |
|---|---|

A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? ____________

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
Plaintiff N/A

Defendants

b. Court

c. Docket or case number

d. Name of judge to whom case was assigned

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?)

f. Issues raised:

g. Approximate date of filing lawsuit:

h. Approximate date of disposition

B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No

If your answer is no, explain why not

3. Is the grievance procedure completed? ☒ Yes ☐ No

If your answer is no, explain why not

4. Please attach copies of papers related to the grievance procedure. SEE EXHIBIT A

C. JURISDICTION

This complaint alleges that the civil rights of plaintiff LAMAAS EL (print plaintiff's name)

who presently resides at CMC STATE PRISON (mailing address or place of confinement),

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at (CUSTODY ASSISTANT) SOTO, LOS ANGELES COUNTY JAIL (institution/city where violation occurred)
MENS CENTRAL JAIL, MODULE 2500 (C) ROW

on (date or dates) APRIL 16, 2017 (Claim I), ______ (Claim II), ______ (Claim III).

NOTE: You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant (CUSTODY ASSISTANT) SOTO (full name of first defendant) resides or works at
450 BAUCHET STREET LOS ANGELES, CA. 90012 (full address of first defendant)
(C.A.) CUSTODY ASSISTANT (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

Explain how this defendant was acting under color of law:
EMPLOYED BY, AND THROUGH THE LOS ANGELES COUNTY SHERIFFS DEPT., AT (MENS CENTRAL JAIL) AND ON DUTY DURING VIOLATION

2. Defendant ______ (full name of first defendant) resides or works at
______ (full address of first defendant)
______ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

3. Defendant ______ (full name of first defendant) resides or works at
______ (full address of first defendant)
______ (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

4. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

5. Defendant ______________________________ resides or works at
(full name of first defendant)

______________________________
(full address of first defendant)

______________________________
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual ☐ official capacity.

Explain how this defendant was acting under color of law:

______________________________

______________________________

D. CLAIMS*

CLAIM I

The following civil right has been violated:

1) CRUEL AND UNUSUAL PUNISHMENT VIOLATION OF THE 14TH AMENDMENT AGAINST A PRE TRIAL DETAINEE

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

REFER TO: "SUPPORTING FACTS"

**If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

FROM DEFENDANT SOTO IN CLAIM #1 THE PLAINTIFF IS SEEKING COMPENSATORY DAMAGES IN THE AMOUNT OF 50,000 $ ALSO PUNITIVE DAMAGES IN THE AMOUNT OF 25,000 $

PLAINTIFF, SEEKS ANY FUTURE MEDICAL COST, ALSO COURT AND ATTORNEY FEES.

ANY ADDITIONAL RELIEF THE COURT DEEMS JUST AND FAIR BE GRANTED TO PLAINTIFF IN ADDITION TO WHAT HAS ALREADY BEEN REQUESTED.

5-16-18
(Date)

[signature]
(Signature of Plaintiff)

EXHIBIT A

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

☑ YES* ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza especifica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME / NOMBRE | BOOKING NUMBER / SU NÚMERO DE PRESO | FACILITY / FACILIDAD | HOUSING LOC. / LUGAR DE VIVIENDA | DATE / FECHA |
|---|---|---|---|---|
| LAMAS EL | [illegible] | [illegible] | [illegible] | 4-16-17 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification | ☐ Medical Services (Place in envelope) | ☐ Custody Personnel |
| ☐ Food ☐ Telephone | ☐ Mental Health (Place in envelope) | ☐ Medical Staff |
| ☐ Showers ☐ Visiting | ☐ Dental (Place in envelope) | ☐ Mental Health Staff |
| ☐ Property | ☐ Americans with Disabilities Act (ADA) | ☐ Other (explain below) |
| ☐ Mail | ☐ Other (explain below) | *Optional (check only if applicable):* |
| ☐ Commissary/Account Balance | | ☐ Use of force |
| ☐ Clothing/Linen/Bedding | | ☐ Retaliation |
| ☐ Educational/Vocational Programs | | ☐ Harassment |
| ☐ Other (explain below) | | ☐ Racial or identity profiling |
| | | Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| 4-16-17 | [illegible] | [illegible] |

(-OT-) C/A [illegible] [illegible] HALF) STATED HE WAS CLOSING FRONT HALF & MADE MISTAKE [illegible] [illegible] AND [illegible]

*If needed, additional space is provided on the back of this page.*

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.

Mailing address ________ City ________ State ______ ZIP ______ Phone (___)________

INMATE NAME:

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

Inmate's Signature
X [signature]

---------- FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE ----------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

FRONT PART 2 (PINK COPY)

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500 TTY: (323) 267-6669 Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

EXIBIT B

REFERENCE NUMBER:

Is this grievance an emergency?
¿Es ésta queja una emergencia?

☒ YES* ☐ NO

If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life/safety, notify custody personnel immediately.

Si ésta es una emergencia médica o de salud mental, o si tiene conocimiento de una amenaza específica e inmediata contra su vida/seguridad, notifique a un alguacil de inmediato.

# COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT

## INMATE GRIEVANCE FORM

**See the back copy for instructions.**

All grievances must be filed within 15 calendar days.
Grievances will be responded to within 15 days.
Appeals must be filed within 15 calendar days.

**Only one grievance per form.**
**Solamente una queja por forma.**

| NAME (NOMBRE) | BOOKING NUMBER (SU NÚMERO DE PRESO) | FACILITY (FACILIDAD) | HOUSING LOC. (LUGAR DE VIVIENDA) | DATE (FECHA) |
|---|---|---|---|---|
| LAMAS EL | 4498994 | MCJ | 2500-C17 | 6-10-17 |

**I HAVE A GRIEVANCE ABOUT THE FOLLOWING:**

| GENERAL SERVICES | MEDICAL/MENTAL | STAFF |
|---|---|---|
| ☐ Living conditions ☐ Classification<br>☐ Food ☐ Telephone<br>☐ Showers ☐ Visiting<br>☐ Property<br>☐ Mail<br>☐ Commissary/Account Balance<br>☐ Clothing/Linen/Bedding<br>☐ Educational/Vocational Programs<br>☐ Other (explain below) | ☒ Medical Services (Place in envelope)<br>☐ Mental Health (Place in envelope)<br>☐ Dental (Place in envelope)<br>☐ Americans with Disabilities Act (ADA)<br>☐ Other (explain below) | ☐ Custody Personnel<br>☐ Medical Staff<br>☐ Mental Health Staff<br>☐ Other (explain below)<br>*Optional (check only if applicable):*<br>☐ Use of force<br>☐ Retaliation<br>☐ Harassment<br>☐ Racial or identity profiling<br>Specify the type(s) in your explanation. (please refer to the reverse side of the pink copy for more information) |

**PLEASE EXPLAIN THE SPECIFIC ISSUE OR DATE OF INCIDENT, AND THE ACTION REQUESTED:**

| DATE, TIME, DAY OF OCCURRENCE | FACILITY OF OCCURRENCE | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

NEED PAIN MEDS I WAS SHUT IN GATE AND MY BACK LEFT SIDE LEFT KNEE, NECK, AND LEFT ARM TINGLES, AND HAS PAIN

*If needed, additional space is provided on the back of this page.*

INMATE NAME:

☐ In the event I am released prior to the disposition of this grievance, I waive my right to receive a mailed notification of the resolution.
☐ In the event I am released prior to the disposition of this grievance, I would like to receive a mailed notification of the resolution.
Mailing address ______ City ______ State ______ ZIP ______ Phone (___)______

**Attention:** Conflict Resolution may be available and is voluntary for both the inmate and the involved personnel to address a grievance instead of the Department conducting a personnel investigation and determining a finding to resolve the grievance.

**Inmate's Signature**
X [signature]

---------- **FOR DEPARTMENT USE ONLY – DO NOT WRITE BELOW THIS LINE** ----------

Full disposition shall be entered in the Custody Automated Report Tracking System (CARTS).

FRONT PART 2 (PINK COPY)

## Emergency Grievances

- If this is a medical or mental health emergency or you are aware of a specific and immediate threat to your life or safety, notify custody personnel immediately. You may request that a grievance be handled as an emergency by marking an "X" in the "YES" box located in the top left corner of the Inmate Grievance Form. An emergency grievance is defined as an urgent matter wherein a disposition according to the regular time limits would subject you to immediate risk of death, personal injury, or irreparable harm. A written response will be provided within five (5) calendar days documenting what action was undertaken.

## General Grievances

- As an inmate within the custody of the Los Angeles County Sheriff's Department, you have the right to submit a grievance relating to any condition of confinement using the Inmate Grievance Form. In addition, you also have the right to appeal any disposition regarding your grievance.
- You may obtain an Inmate Grievance Form from your housing location or notify a staff member to obtain one for you.
- All inmate grievances must be as complete as possible.
- All grievances must be submitted to the Sheriff's Department within 15 calendar days of the event upon which the grievance is based, or they will be denied. Exceptions may be made for grievances involving allegations of force, or the Prison Rape Elimination Act (PREA).
- Once the results of the grievance have been determined, a written response will be provided to you, generally within 15 calendar days after the submission of the grievance.
- You will be asked to sign the written response upon receipt.
- All appeals shall be submitted on an Inmate Grievance Appeal Form which will be provided to you when you are notified of the disposition of your grievance.
- Failure to file a grievance or appeal may waive rights to seek relief from a court of law.

## Americans with Disabilities Act (ADA) Request/Grievance Procedure

- The grievance must contain your name, booking number, housing location.
- Include a brief description of what you are grieving.
- Indicate the actions you are requesting for the Department to take to correct any alleged violation(s).
- Grievances should be addressed to the Custody Division ADA Coordinator:

**Los Angeles County Sheriff's Department - Custody Division ADA Coordinator**
**Custody Compliance and Sustainability Bureau**
**450 Bauchet St., Room E-883, Los Angeles, CA 90012**
**Phone: (213) 893-5500 TTY: (323) 267-6669 Email: adacompcus@lasd.org**

- You may request an informal meeting regarding accommodations through the Custody ADA Coordinator to discuss the grievance.
- Using this informal request/grievance procedure is not a requirement under federal regulations, nor does it prevent you from filing a grievance with the appropriate federal enforcement agency.
- Alternatively, your ADA request may be submitted on the Los Angeles County Sheriff's Department Inmate Request Form.

## Prison Rape Elimination Act (PREA)

The Los Angeles County Sheriff's Department has zero tolerance for sexual abuse and abides by the standards set forth in the Prison Rape Elimination Act of 2003 (PREA). PREA is a Federal law established to address the elimination and prevention of sexual assault and rape in correctional institutions. If you have been the victim or witness of any sexual assault or sexual abuse, report it. You may notify any custody personnel, fill out a confidential Inmate Grievance Form, or call any of the following phone numbers:

**Los Angeles County Office of the Inspector General (OIG)**
(800) 801 – 0030
**National Sexual Assault Hotline**
(800) 656 -4673

## Medical or Mental Health Concerns

- If you feel you need to see a Mental Health worker, please contact any staff member right away.
- You may submit a confidential grievance for medical or mental health related concerns by placing the completed Los Angeles County Sheriff's Department Inmate Grievance Form into a white envelope available in your housing area.

## Racial or Identity Profiling Grievances

You may file a grievance regarding an incident of perceived racial or identity profiling, involving one or more of the following factors:

- Race or ethnicity
- Nationality
- Gender
- Gender expression
- Age
- Religion
- Sexual orientation
- Mental or physical disability

"SUPPORTING FACTS"

CLAIM #1 - 14TH AMENDMENT VIOLATION

(1) ON 11-12-2015, I WAS INCARCERATED UNDER THE BOOKING, AND NAME LAMAS EL #4498994 IN THE LOS ANGELES COUNTY JAIL, MENS CENTRAL JAIL.

(2) THROUGHOUT THE DURATION OF THIS COMPLAINT, I WAS A PRE TRIAL DETAINEE, DUE TO ME NOT BEING CONVICTED PRIOR TO THE DAY THIS INCIDENT OCCURED.

(3) ON 4-16-17, I WAS ASSIGNED TO MODULE 2500, CELL C17, IN THE MENS CENTRAL JAIL, WITHIN THE LOS ANGELES COUNTY JAIL DUE TO ME BEING PRO PER, AND THE MODULE I WAS ASSIGNED TO WAS FOR PRO PER INMATES.

(4) DEFENDANT SOTO, WAS ASSIGNED TO MODULE 2500 AS A CUSTODY ASSISTANT, AND ON DUTY ON 4-16-17, AND PERSONALLY RESPONSIBLE FOR THE CONSTITUTIONAL VIOLATION THE PLAINTIFF IS ALLEGING HERE IN.

(5) DEFENDANT SOTO, IS EMPLOYED BY AND THROUGH THE LOS ANGELES COUNTY SHERIFF DEPARTMENT AS A CUSTODY ASSISTANT AND WAS ASSIGNED TO MODULE 2500 IN THE MENS CENTRAL JAIL, WITHIN THE LOS ANGELES COUNTY JAIL, AND WAS ASSIGNED TO MODULE 2500, ON 4-16-17 AT APPROXIMATELY 8:00 AM, PILL CALL WAS ANOUNCED OVER THE LOUD SPEAKER. AT THAT TIME I WAS PRESCRIBED MENTAL HEALTH MEDICATION, WHICH REQUIRED MY PRESENCE TO TAKE MY MEDICATION.

(6) THERE ARE 4 DIFFERENT HOUSING TIERS, FOR INMATE'S THESE HOUSING LOCATIONS ARE A, B, C, D, KNOWN AND REFERED TO BY JAIL STAFF MEMBERS AS "ABLE ROW"(A), "BAKER ROW"(B), "CHARLIE ROW"(C), "DENVER ROW"(D).

"SUPPORTING FACTS"

THE PLAINTIFF WAS ASSIGNED TO "CHARLIE ROW", CELL 17 IN "CHARLIE ROW", TO EITHER OPEN OR CLOSE THE CELLS 1-14, THERE IS 1 BARLOCK, THE 2ND BARLOCK IS USED TO CONTROL THE OPENNING AND CLOSING THE REMAINING CELL'S WHICH ARE CELLS 15-26.

(7) DEFENDANT SOTO, IS AND SHOULD BE AWARE OF HOW TO OPERATE THE BARLOCKS, FOR INMATES EITHER BEING RELEASED FROM THERE CELLS, AND/OR SECURED IN THERE CELL'S WITHOUT THE OCCURANCE OF INJURY. DEFENDANT SOTO, HAS A DUTY TO KEEP INMATES PROTECTED FROM UNREASONABLE RISK WHICH HE FAILED TO DO BY HIS ACTIONS.

(8) DEFENDANT SOTO, UTILIZED THE FIRST BAR TO OPEN UP CELLS #1-14. DEFENDANT SOTO, THEN UTILIZED THE SECOND BAR, WHICH OPENED UP THE CELLS #15-26, I WAS ATTEMPTING TO EXIT MY CELL, AS I STEPPED THROUGH THE DOOR, AT THAT TIME DEFENDANT SOTO, CLOSED THE CELLS BY UTILIZING THE WRONG BARLOCK, WHICH PERMITTED ME TO BE SHUT IN THE DOOR. DEFENDANT SOTO'S, ACTIONS CAUSED EXCRUCIATING PAIN BY MY BODY BEING GRIPPED IN THE DOORWAY.

(9) TO FURTHER PREVENT MY BODY FROM DURING EXCRUCIATING PAIN BY BEING STUCK IN THE GATE, I WAS FORCED TO SNATCH MY BODY OUT OF THE GATE SINCE DEFENDANT SOTO, WAS IGNORING MY PLEA.

(10) IN AN ATTEMPT TO NOTIFY DEFENDANT SOTO, I YELLED DOWN THE TIER TO OPEN THE GATE, AS I SNATCHED MY BODY OUT OF THE VICE GRIP, THE GATE HAD ME IN.

(11) I LIMPED DOWN "CHARLIE ROW", TO INFORM DEFENDANT SOTO, THAT I NEEDED MEDICAL ATTENTION FROM BEING SMASHED

IN THE GATE. UPON REACHING DEFENDANT SOTO, I NOTICED THAT HE WAS STILL TRYING TO OPERATE THE BARLOCK, AS IF HE DID NOT KNOW HOW TO OPERATE SUCH, BY HIM CONTINUEOUSLY OPENNING AND CLOSING THE DIFFERENT BARS.

(12) WHILE DEFENDANT SOTO, STILL TRYING TO OPERATE THE BARLOCK I INFORMED DEFENDANT SOTO, OF HIS ACTIONS, I STATED "AS SOON AS YOU OPENED UP THE CELL DOOR", "YOU IMMEADIATLY CLOSED IT, "WITH ME STEPPING THROUGH IT". I HOLLARD FOR YOU TO OPEN UP THE BAR, AND YOU ACTED LIKE YOU DIDN'T HEAR ME; "YOU NEED TO PAY CLOSER ATTENTION TO WHAT YOUR DOING". "YOU NEED TO MIND YOUR OWN BUSINESS", AND GO BACK TO YOUR CELL INMATE, STATED DEFENDANT SOTO. "I'M GOING TO WRITE YOU UP", I STATED, AND THE DEFENDANT SOTO, STATED, "HERE'S HOW YOU SPELL MY NAME", AT THAT TIME THE PLAINTIFF GOT A GRIEVENCE FORM, AND FILED A COMPLAINT AGAINST CUSTODY ASSISTANT SOTO, THE PLAINTIFF EXAUSTED HIS ADMINISTRATIVE REMEDIES BY FILING A GRIEVENCE FORM SEE (EXHIBIT A).

(13) THE PLAINTIFF, GOT GRIEVENCE FORM, FILLED IT OUT PUT IT IN DESIGNATED BOX FOR GRIEVENCES IN THE MODULE 2500, AND PROCEEDED TO THE PILL CALL LINE, WHERE THE PLAINTIFF SPOKE TO THE DEPUTY ASSIGNED TO THE PILL CALL LINE, AND REQUESTED MEDICAL ATTENTION FOR HIS INJURIES, AND TO SPEAK TO A SARGENT. PLAINTIFF, IS UNAWARE OF THE SARGENT'S NAME. THE SARGENT IS NOT A DEFENDANT IN THIS LAW SUIT. I AM MEARLY TELLING THE STORY AS IT OCCURED.

(14) THE PLAINTIFF SPOKE WITH AND INFORMED THE SARGENT,

"SUPPORTING FACTS"

OF THE INCIDENT AND HE MANDATED THE PILL LINE DEPUTY TO INVESTIGATE, AND WRITE A INCIDENT REPORT. AFTERWARDS THE PLAINTIFF, WAS TAKEN TO BE SEEN BY THE MEDICAL DEPARTMENT. PLAINTIFF IS UNAWARE OF THE NAME OF THE DEPUTY ASSIGNED TO PILL CALL ON 4-16-17, ON THE 2000 FLOOR 2500 - PILL LINE, AT ROUGHLY 7:00 AM TO 8:00 AM.

IN CONCLUSION: THE INCIDENT DATED 4-16-17, THE PLAINTIFF, HAS SUSTAINED INJURIES, THE INJURIES THAT THE PLAINTIFF SUSTAINED ARE DAMAGE TO THE UPPER AND LOWER, LEFT SIDE OF HIS BACK, AND DAMAGE TO THE PLAINTIFFS LEFT KNEE. TREATMENT, AND CHRONIC PAIN MANAGEMENT HAS BEEN IN AFFECT, ON GOING.

DEFENDANT SOTO, IS SUED IN HIS OFFICIAL CAPACITY.

THERE WERE 2 INCIDENT REPORTS 1, BY PILL CALL DEPUTY AND A 2ND BY THE MEDICAL DEPARTMENT.

## PRISONER AUTHORIZATION

If my request to proceed without prepayment of filing fees is granted, I understand that I am required by statue to pay the full amount of the filing fees for this case, regardless of my forma pauperis status and the disposition of this case. I further authorize the prison officials at this institution to assess, collect and forward to the Court the full amount of these fees, in monthly payments based on the average of deposits to or balance in my prison trust account in accordance with 28 U.S.C. Section 1915.

Prisoner-Plaintiff (Signature)

## CERTIFICATE OF AUTHORIZED OFFICER

I hereby certify that the Prisoner-Plaintiff herein has credit in the sum of $__________ on account at the __________ institution where Prisoner-Plaintiff is confined.

I further certify that during the past six months the applicant's average monthly balance was $__________. I further certify that during the past six months the average of monthly deposits to the applicant's account was$__________.

A certified copy of the prisoner-plaintiff's trust account statement for the last six (6) months is attached.

5/16/18

Date

Authorized Officer of Institution (Signature)

Date\Time: 5/15/2018 12:23:25 PM

Institution: CMC

CDCR

Verified: [signature]

## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| BE4873 | EL, LAMAAS | CMC | D 007 2 | 244001 |

**Current Available Balance:** $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 11/01/2017 | WSP | BEGINNING BALANCE | | | | $0.00 |
| 11/08/2017 | WSP | INMATE DEPOSIT | LA 101717 #8884 | 21230 | $23.66 | $23.66 |
| 11/08/2017 | WSP | RESTITUTION FINE PAYMENT | | | ($11.83) | $11.83 |
| 11/08/2017 | WSP | ADMINISTRATIVE FEE | | | ($1.18) | $10.65 |
| 11/17/2017 | WSP | SALES | 98 | | ($9.90) | $0.75 |
| 12/04/2017 | WSP | MEDICAL COPAY | #6862 WSP112717 | | ($0.75) | $0.00 |
| 01/10/2018 | WSP | JPAY | 0000000080746911 | | $54.05 | $54.05 |
| 01/10/2018 | WSP | RESTITUTION FINE PAYMENT | | | ($27.02) | $27.03 |
| 01/10/2018 | WSP | ADMINISTRATIVE FEE | | | ($2.70) | $24.33 |
| 01/19/2018 | WSP | SALES | 49 | | ($22.90) | $1.43 |
| 01/24/2018 | WSP | LEGAL COPY | COPIES WSP011218 | | ($0.30) | $1.13 |
| 02/02/2018 | WSP | MEDICAL COPAY | #6862 WSP011818 | | ($1.13) | $0.00 |
| 03/16/2018 | WSP | JPAY | 0000000083386805 | | $40.00 | $40.00 |
| 03/16/2018 | WSP | RESTITUTION FINE PAYMENT | | | ($20.00) | $20.00 |
| 03/16/2018 | WSP | ADMINISTRATIVE FEE | | | ($2.00) | $18.00 |
| 03/29/2018 | PVSP | TRACS TRANSFER IN | TX03292018 | | $18.00 | $18.00 |
| 03/29/2018 | WSP | TRACS TRANSFER OUT | TX03292018 | | ($18.00) | $0.00 |
| 04/18/2018 | PVSP | TRACS TRANSFER OUT | TX04182018 | | ($18.00) | $0.00 |
| 04/18/2018 | CMC | TRACS TRANSFER IN | TX04182018 | | $18.00 | $18.00 |
| 04/18/2018 | CMC | SALES | 21 | | ($18.00) | $0.00 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | GA097299 | Active | $300.00 | $0.00 | ($58.85) | $241.15 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 05/15/18
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Date\Time: 5/15/2018 12:23:25 PM

Institution: CMC

CDCR

Verified: ____

# Inmate Statement Report

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | BA441489 | Active | $300.00 | $0.00 | $0.00 | $300.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 05/15/18
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ____
TRUST OFFICE

LAMAAS EL BE4873
CMC EAST / 7244
P.O. BOX 8101
SAN LUIS OBISPO, CA. 93409

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF CALIFORNIA

LAMAAS EL
PLAINTIFF
V.
CUSTODY ASSITANT, SOTO
DEFENDANT

MOTION FOR APPOINTMENT OF COUNSEL

PURSUANT TO 28 U.S.C. §1915(E)(1) PLAINTIFF, MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS CASE. IN SUPPORT OF THIS MOTION,

PLAINTIFF STATES:

(1) A (E.O.P.) ENHANCED OUT PATIANT "MENTAL HEALTH CLIENT"

(2) PLAINTIFF IS UNABLE TO AFFORD COUNSEL, HE HAS REQUESTED LEAVE TO PROCEED IN "FORMA PAUPERIS"

(3) PLAINTIFF'S IMPRISONMENT WILL GREATLY LIMIT HIS ABILITY TO LITIGATE. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX, AND WILL REQUIRE SIGNIFICANT RESEARCH AND INVESTIGATION. PLAINTIFF HAS LIMITED ACCESS TO THE LAW LIBARY AND LIMITED KNOWLAGE OF THE LAW.

(4) A TRIAL IN THIS CASE WILL INVOLVE CONFLICTING TESTIMONY, AND COUNSEL WOULD BETTER ENABLE PLAINTIFF TO PRESENT EVIDENCE AND CROSS EXAMINE WITNESSES.

(5) PLAINTIFF HAS MADE REPEATED EFFORTS TO OBTAIN A LAWYER.

WHEREFORE, PLAINTIFF REQUESTS THAT THE COURT APPOINT COUNSEL IN THIS CASE.

DATE: 5-16-18

NAME: LAMAAS EL

SIGNATURE: Lamaas El

ADDRESS: P.O. BOX 8101 / SAN LUIS OBISPO, CA. 93409

# VERIFICATION

I, LAMAAS EL,

EXECUTED AT: CMC
SAN LUIS OBISPO, CALIFORNIA

I AM THE PLAINTIFF IN THIS ACTION. I HAVE READ THE FORGOING COMPLAINT AND VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE OF MY OWN KNOWLAGE, EXCEPT AS TO MATTERS THAT ARE THEREIN STATED ON MY OWN INFORMATION AND BELIEF, AND AS TO THOSE MATTERS I BELIEVE THEM TO BE TRUE.

I DECLARE UNDER THE PENALTY OF PURJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED

AT: CMC EAST
P.O. BOX 8101
SAN LUIS OBIISPO, CA.
93409

ON: 6-12-18

PLAINTIFF, Lamaas El

LAMAAS EL

# BE4873

# PROOF OF SERVICE BY MAIL

(Cal. Code of Civ. Pro. §1013, FRCivP 5(b) (2) (C), FRAP 25(c) (1) (A))

I, LAMAAS EL, declare that I placed a true and correct copy of the following documents(s):

CIVIL RIGHTS COMPLAINT
TITLE 42 U.S.C. 1983

In a fully first-class postage paid envelope and addressed it to:

X UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA. 90012
ATTENTION: PRO SE CLERK

I further declare that I followed institutional procedures for the processing of outgoing legal mail and turned the sealed envelope over to prison officials for mailing on the date below.

The foregoing is true and correct under penalty of perjury.

Executed by LAMAAS EL BE4873
Print Inmate name and CDCR #

X this 12 day of JUNE, 2018, at:

~~Wasco State Prison-Reception Center, 701 Scofield Rd., P.O. BOX~~ ~~Wasco, CA 93280~~
C.M.C. EAST / P.O. BOX 8101 / SAN LUIS OBISPO, CA. 93409

Lamaas El
Inmate/Declarant signature

Proof of Service, Case No.:

(Attach to document)