```
1  LAMAAS EL #BE4873
2  CMC - D-7244
3  P.O. BOX 8101
4  SAN LUIS OBISPO, CA. 93409-8103
5
6  IN PRO SE,
7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9  LAMAAS EL,                  ) CASE NO. CV18-5397-ODW(JC)
10          PLAINTIFF           ) MOTION FOR:
11     V.                       ) EXTENSION OF FIRST AMENDED
                                ) COMPLAINT
12  CUSTODY ASSISTANT SOTO,)
13          DEFENDANT.          )
14
15  COMES THE PLAINTIFF, LAMAAS EL, IN PRO SE, AND
16  BRINGS THE INSTANT NOTICE AND MOTION FOR AN
17  EXTENSION FOR THE FIRST AMENDED COMPLAINT OF
18  THE ABOVE MENTIONED CASE FOR 30 DAYS.
19  NOTICE IS HEREBY GIVEN TO THE HONORABLE
20  OTIS D. WRIGHT, II UNITED STATES DISTRICT
21  COURT.
22
23
24  /s/ Lamaas El
25  LAMAAS EL, BE4873              JUNE 10, 2018
26
27
28
```

FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2018
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

PROOF OF SERVICE
BY MAIL

LAMAAS EL #BE4873
CASE NO. CV18-5397-ODW (J.C)

I AM A RESIDENT OF CMC, IN THE COUNTY OF SAN LUIS OBISPO, CALIFORNIA. I AM OVER THE AGE OF 18 YEARS. MY RESIDENCE IS: CMC EAST/D-7244/ P.O. BOX 8101/SAN LUIS OBISPO, CA. 93409-8103 ON JUNE 10TH, 2018, I SERVED THE ATTACHED MOTION FOR EXTENSION OF FIRST AMENDED COMPLAINT, IN SAID CASE BY PLACING COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL:
ADDRESSED AS FOLLOWS: WESTERN DIVISION 255 EAST TEMPLE STREET, SUITE TS-134 LOS ANGELES CA. 90012
I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES, THAT THE FOREGOING IS TRUE AND CORRECT, AND THAT THIS DECLARATION WAS EXECUTED ON THE DATE OF JUNE 10, 2018, AT SAN LUIS OBISPO, CAL.
LAMAAS EL #BE4873
_Lamaas El_



CALIFORNIA MEN'S COLONY STATE PRISON
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: LAMAAS EL

CDCR #: BG4873  Cell #: 7244

**STATE PRISON GENERATED MAIL**

CONFIDENTIAL
LEGAL
MAIL

Judge Choljian
194

ATTN: Deputy Clerk
Honorable OTIS D WRIGHT, II
WESTERN DIVISION
255 East Temple Street Suite TS-134
Los Angeles, CA. 90012