UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5397 ODW(JC) | Date | July 18, 2018 |
|---|---|---|---|
| Title | Lamaas El v. Soto | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Kerri Hays | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| none present | none present |

**Proceedings:**     (IN CHAMBERS)

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DOCKET NO. 7)**

On July 13, 2018, plaintiff filed a motion for extension of time which essentially seeks an extension of time to respond to the District Judge's June 28, 2018 Order Dismissing Complaint with Leave to Amend ("June Order") and to file a First Amended Complaint ("plaintiff's motion"). Plaintiff's motion is granted. Plaintiff's deadline to file a First Amended Complaint which comports with the June Order or a Notice of Dismissal is extended to **August 17, 2018**.

**Plaintiff is cautioned that, absent further order of the Court, plaintiff's failure timely to file a First Amended Complaint or Notice of Dismissal, may be deemed plaintiff's admission that amendment is futile, and may result in the dismissal of this action with or without prejudice on the grounds set forth in the June Order, on the ground that amendment is futile, for failure diligently to prosecute and/or for failure to comply with the Court's Orders.**

IT IS SO ORDERED.