FILED
CLERK, U.S. DISTRICT COURT
AUG 13 2018
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAAS EL,<br><br>　　　　　　　　　　　Plaintiff(s),<br>v.<br>CUSTODY ASSISTANT SOTO,<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER<br>CV 18-5397 ODW(JC)<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

8-2-18
_____
Date

*Lamaas El*
_____
Signature of Attorney/Party

NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __LAMAAS EL #G54873__, declare:

I am over 18 years of age and a party to this action. I am a resident of __CMC__ _____ Prison,

in the county of __SAN LUIS OBISPO__,

State of California. My prison address is: __P.O. BOX 8101__

__SAN LUIS OBISPO, CA. 93409-8163__.

On __AUGUST 7, 2018__
        (DATE)

I served the attached: __NOTICE OF DISMISSAL__

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:




I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __8-7-18__          _____/s/ Lamaas El_____
           (DATE)                (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                      ::ODMA\PCDOCS\WORDPERFECT:22812\1

**CALIFORNIA MEN'S COLONY STATE PRISON**
P.O. BOX 8101
SAN LUIS OBISPO, CA 93409-8101

Name: Lamas EL
CDCR #: BE4873   Cell #: 7244

**STATE PRISON GENERATED MAIL**

CONFIDENTIAL
LEGAL
MAIL

[Stamp: FILED CLERK U.S. DISTRICT COURT AUG 13 2018 CENTRAL DISTRICT OF CALIFORNIA BY ____ DEPUTY]

Clerk, U.S. District Court,
Edward R. Roybal Federal Building,
and U.S. Courthouse, 255 East
Temple Street, Room 180
(Terrace Level), Los Angeles, CA.
90012-1565

